**No. 53852.**—W. Fein & Sons *v.* United States, protest 139525–K (New York).

Opinion by MOLLISON, J. It was stipulated that the merchandise consists of rabbit hair similar in all material respects to the merchandise the subject of Abstract 53024. The claim of the plaintiff was therefore sustained.

**No. 53853.**—Carl Antholz *v.* United States, protest 138923–K (Los Angeles).

Opinion by MOLLISON, J. When this case was called for trial the protest was submitted without the introduction of any evidence in support of the claim made. An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was over-ruled.

**No. 53854.**—Munda Trading Corporation *v.* United States, protest 147790–K (New York).

Opinion by MOLLISON, J. An examination of the official papers failing to disclose anything which would warrant disturbing the action of the collector, which was presumptively correct, the protest was dismissed.

BEFORE THE SECOND DIVISION, DECEMBER 28, 1949

**No. 53855.**—Hutchinson Bros. Leather Co. *v.* United States, petition 6466–R (Cleveland).

Opinion by LAWRENCE, J. When the case was called for hearing petitioner offered the testimony of three witnesses, and there were offered and received in evidence copies of formal applications to the appraiser at the port of entry for any information he could supply pertaining to the proper value for entry of the importations. The merchandise consisted of three different grades of leather, namely, TR, D, and DX. The TR and D grades were appraised as entered, but the DX grade, which was entered at 19 cents per square foot, was advanced in value upon appraisement to 20 cents per square foot. Upon a careful review of the entire record, the court was satisfied that the entry of the merchandise at a less value than that returned upon final appraisement was without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.